# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:25-CV-00143-KDB-DCK

| | |
|---|---|
| SHAWNTE R. WORD,<br><br>**Plaintiff,**<br><br>v.<br><br>**CHARLOTTE MECKLENBURG SCHOOLS, STEVEN ESPOSITO, DANIEL SHANE GRAY, AND KAZ MUHAMMAD,**<br><br>**Defendants.** | **MEMORANDUM AND ORDER** |

**THIS MATTER** is before the Court on Defendants' Motion to Dismiss (Doc. No. 14) Plaintiff's Complaint for lack of service and prosecution. The pro se Plaintiff filed this civil action on February 26, 2025. Doc. No. 1. The Court subsequently granted Plaintiff two extensions of time to effect service, on July 3, 2025, and September 11, 2025. Doc. Nos. 7, 11. On October 9, 2025, the Court denied Defendant Gray's Motion to Dismiss for lack of service and, pursuant to Federal Rule of Civil Procedure Rule 4(m), afforded Plaintiff twenty-one additional days to serve Defendant and file proof of service. Doc. No. 13.

On January 9, 2026, Plaintiff was directed to file proof of service or to respond to the Court's Notice of Lack of Prosecution (the "Notice"). More than one year after this action was filed, Plaintiff has still not filed proof of service. Moreover, she has failed to respond to the Court's Notice or to Defendants' Motion to Dismiss and the deadline for doing so has expired.[1]

---

[1] After Defendants filed their Motion to Dismiss, the Court issued a Roseboro Order to Plaintiff on February 4, 2026. Doc. No. 15.

1

In sum, Plaintiff appears to have abandoned this action. Therefore, the action will be dismissed without prejudice and Defendants' Motion will be granted. *See* Fed. R. Civ. P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.").

**IT IS, THEREFORE, ORDERED** that:

1.  Defendants' Motion to Dismiss (Doc. No. 14) is **GRANTED**; and

2.  The Clerk is directed to close this matter in accordance with this Order.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: April 9, 2026

Kenneth D. Bell
United States District Judge

2